FILED
MAY 10 2019
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:19mj260
     Court Date: June 3, 2019

HASSAN N. ROGERS

CRIMINAL INFORMATION

COUNT ONE
Misdemeanor)- Violation Notice No. 6883031

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 15, 2019, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, HASSAN N. ROGERS, did unlawfully consume an alcoholic beverage while operating a motor vehicle upon a public highway.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia Section 18.2-323.1)

COUNT TWO
(Misdemeanor)-Violation Notice No. 6883030

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 15, 2019, at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, HASSAN N. ROGERS, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

COUNT THREE
(Petty Offense)

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 15, 2019, at Naval Air Station Oceana, Virginia Beach, Virginia, in and on federal property in the Eastern District of Virginia, the defendant, HASSAN N. ROGERS, did fail to comply with official signs of a prohibitory, regulatory, or directory nature.

(In violation of Title 41, Code of Federal Regulations, Section 102-74.385).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

9 May 2019
Date